■ In the Matter of ROBERTA THOMAS, Appellant, v BOARD OF EDUCATION OF THE OCEANSIDE UNION FREE SCHOOL DISTRICT, TOWN OF HEMPSTEAD, Respondent.—In a proceeding pursuant to CPLR article 78 to compel respondent to reinstate petitioner to her position as a tenured teacher, with full back pay and benefits, the appeal is from a judgment of the Supreme

Court, Nassau County, entered January 28, 1977, which dismissed the petition. Judgment affirmed, without costs or disbursements. Petitioner-appellant, a tenured teacher employed by the respondent, was granted a disability leave of absence from February 26, 1972 to March 21, 1973. A further leave, without pay, was granted until the end of the 1972-1973 school year. Petitioner was never granted an extension of her leave for the 1973-1974 school year, and she did not return to her teaching position. On these facts, the respondent properly regarded her teaching position as having been "abandoned" (see *Matter of Fink,* 11 Ed Dept Rep 67). Martuscello, J. P., Latham, Margett and O'Connor, JJ., concur.